# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>AKTHAM ABUHOURAN | CRIMINAL ACTION<br><br>No. 95-560-4 |

## MEMORANDUM/ORDER

Defendant Aktham Abuhouran seeks leave (Docket No. 618) for a thirty-day extension of time to file a reply brief in support of his Motion for Termination of Supervised Release. Because, pursuant to Local Rule 7.1(c), reply briefs may only be filed by leave of this court, I construe Abuhouran's request as one for leave to file a reply brief within thirty days.

**AND NOW**, this 13th day of May, 2010, it is hereby **ORDERED** that defendant Aktham Abuhouran's request for an extension of time (docket No. 618), construed as a motion for leave to file a reply brief in support of his Motion for Termination of Supervised Release, is **GRANTED**. Defendant shall file his reply brief no later than thirty (30) days after the date of this order.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.