# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>AKTHAM ABUHOURAN | CRIMINAL ACTION<br><br>No. 95-560-4 |

**MEMORANDUM & ORDER**

Pending before the court is defendant Aktham Abuhouran's Motion to Modify Conditions of Supervised Release. Dkt. 625. Abuhouran's term of supervised release—at least as it relates to this matter—will expire on April 24, 2012.[1] In his motion, Abuhouran asks that the conditions of his release be modified so as to permit him to travel to the following states:

(1) New York, in order to carry out employment on behalf of Allure General Contracting, as the person "in charge of the construction phase one in renovation of Veteran Hospital in the Bronx, NY area."

(2) Massachusetts (and, in transit, through Connecticut), to attend to a pending civil matter Houran filed against the Bureau of Prisons regarding his earlier period of confinement in Devens, Massachusetts.

(3) Pennsylvania, in order to visit his brother and co-defendant, Hitham Abuhouran, a/k/a "Steve Houran," who remains incarcerated.

In its response to Abuhouran's motion, dkt. 636, the government has stated that it does

---

[1] Abuhouran is also serving a term of supervised release in connection with United States v. Abuhouran, No. 01-629-03 (E.D. Pa.). In that case, Judge Stengel recently extended Abuhouran's term of supervision until April 24, 2012, the same date on which the period of supervision in this case will expire. The modifications sought in the motion before this court are not in conflict with the conditions imposed in case no. 01-629-03.

not oppose permission for Abuhouran to travel to these states for the reasons identified. Accordingly, Abuhouran's motion will be granted pursuant to the following order.

* * * *

**AND NOW**, this  10  day of June, 2011 it is **ORDERED** that the conditions of supervised release for defendant Aktham Abuhouran are hereby **MODIFIED**, pursuant to 18 U.S.C. § 3583(e)(2), as follows:

(1) Abuhouran may travel to the state of New York for the specific purposes of seeking and maintaining employment.

(2) Abuhouran may travel to Massachusetts (through Connecticut) for the specific purpose of attending hearings or other meetings related to his civil litigation (Aktham Abuhouran v. Winn, No. 07-40201 (D. Mass.)), upon advance notice to the Probation Office.

(3) Abuhouran may travel to Pennsylvania for the specific purpose of visiting his brother, Hitham Abuhouran, a/k/a "Steve Houran," upon advance notice to the Probation Office.

BY THE COURT:

 /s/ 
Pollak, J.